# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, P.D. LOCHNER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## MICHAEL A. GOMEZ
### LANCE CORPORAL (E-3), U.S. MARINE CORPS

### NMCCA 201300428
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 12 August 2013.
**Military Judge**: LtCol Leon Francis, USMC.
**Convening Authority**: Commanding General, 3d Marine Aircraft Wing, Marine Corps Air Station Miramar, San Diego, CA.
**Staff Judge Advocate's Recommendation**: Col K.C. Harris, USMC.
**For Appellant**: CAPT Bree Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

### 24 April 2014

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court